UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANDY RODRIGUEZ,

      Plaintiff,

v.                                       Case No. 2:21-cv-498-JLB-NPM

COMMONWEALTH FINANCIAL
SYSTEMS, INC.,

      Defendant.

## ORDER

The parties have settled. (Doc. 8.) Pursuant to Local Rule 3.09(b), the Clerk is **DIRECTED** to terminate any pending deadlines and administratively close the file. Within sixty days of this order, the parties must file either: (1) a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii); or (2) on good cause shown, a motion to reopen the case for further proceedings. Failure to comply with this order may result in the entry of an order to show cause pursuant to Local Rule 3.10.

**ORDERED** in Fort Myers, Florida, on August 16, 2021.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE